**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael Lewis SMITH, Jr.,
Defendant–Appellant.**

**No. 12–6538.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 31, 2012.

Michael Lewis Smith, Jr., Appellant Pro Se. Janet S. Reincke, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Lewis Smith, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Smith,* No. 2:00–cr–00004–RAJ–1 (E.D.Va. Mar. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*